IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:05 CV 00189

| | | |
|---|---|---|
| BEULAH L. COCHRAN, in her Individual capacity, and all similarly Situated individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) ) | |
| COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

UPON MOTION of all parties and for good cause shown, it is hereby ORDERED that all further proceedings in this matter are hereby stayed to and including May 1, 2006, to enable the parties to consummate a settlement of this matter to be approved by the court in *Dipaola v. Colonial Life & Accident Insurance Company* pending in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana. The parties shall report prior to May 1st whether in fact that class has been certified and the settlement approved, and that this action will thereby be dismissed; or whether a different disposition has been made; and whether at that time a further stay will be sought or the parties will be prepared to proceed with a motion for class certification in this action.

This the 27th day January 2006.

/s/ William L. Osteen
United States District Court Judge