IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BEULAH L. COCHRAN, in her )
individual capacity, and all )
similarly situated individuals, )
)
    Plaintiff, )
)
v. ) 1:05CV189
)
COLONIAL LIFE & ACCIDENT )
INSURANCE COMPANY, )
)
    Defendant. )

O R D E R

The court has been advised by the parties that work continues on settlement documents to resolve this matter and that settlement documents are expected to be complete in the near future.

The parties have requested in a letter dated August 31, 2006, that the court continue the stay order entered January 27, 2006.

IT IS ORDERED that the stay order is extended up to and including October 1, 2006.

This the 31st day of August 2006.

                                                  United States District Judge