IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:05 CV 00189

| | |
|---|---|
| BEULAH L. COCHRAN, in her Individual capacity, and all similarly Situated individuals, ) ) ) ) | |
| Plaintiffs, ) ) | ORDER |
| v. ) ) ) | |
| COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, ) ) ) | |
| Defendant. ) | |

UPON MOTION of all parties and for good cause shown,

IT IS HEREBY ORDERED that all further proceedings in this matter are hereby stayed to and including April 10, 2007, to enable the parties to consummate a settlement of this matter which will come before the court for final approval in the case of *Dipaola v. Colonial Life & Accident Insurance Company* pending in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, on or about April 10th, 2007. The parties shall report immediately following the hearing on April 10th whether in fact final approval has been granted, and that this action will thereby be dismissed.

This the 7th day February 2007.

*[signature]*
United States District Court Judge

__4824-1881-7024.01